IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02968-NYW

RAYMUNDO GURROLA,

     Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S OFFICE;
JEFF SCHRADER, Sheriff in his Official Capacity; and
WELLPATH,

     Defendants.

---

## NOTICE OF RELATED CASES

---

     Pursuant to D.C.Colo.LCivR. 3.2 Defendant Wellpath, through counsel, Catherine O'Brien Crum and Rodrigo Lugo of Nixon Shefrin Ogburn Drew, P.C., hereby submits this Notice of Related Cases to inform the Court that the following cases pending in this jurisdiction have common facts and claims and have at least one party in common. In support of this Notice, Defendant Wellpath states as follows:

     1.    The following cases filed in this jurisdiction each involve the same or similar factual allegations related to the Jefferson County Jail's COVID-19 protocols and raise the same or similar claims and causes of action against the same or similar Defendants. Plaintiffs in each of the following raise claims under 42 U.S.C. § 1983 complaining about their conditions of confinement at the jail, and arguing that they were unconstitutionally exposed to the risk of contracting COVID-19.

          *a.*    1:20-cv-02968-NYW: *Gurrola v. Jefferson County Sheriff's Office*

*et al.*

    b.    1:20-cv-02640-DDD-NRN: *Carter v. Jefferson County Sheriff's Department et al.*

    c.    1:20-cv-02315-KLM: *Tapia v. Jefferson County Sheriff's Office et al.*

    d.    1:20-cv-02970-RM-SKC: *Segura v. Shrader et al.*

    e.    1:20-cv-03373-CMA-SKC: *Sheppard v. Jefferson County Sherriff's Office Detention Facility et al.*

2.      In each of the above pending matters, counsel for the parties remains consistent. Plaintiffs are pro se. Defendants Jefferson County and Jeff Shrader are represented by Rebecca Klymkowsky, Rachel Bender and Andrew D. Ringel. Defendant Wellpath is represented by Rodrigo Lugo and Catherine O'Brien Crum of Nixon Shefrin Ogburn Drew, PC.

3.      In addition, the following cases also relate to the Jefferson County Jail's COVID-19 protocols. However, the following cases are different from those listed above in that they do not name Wellpath as a defendant; they name multiple additional defendants; and they raise different and additional claims.

    a.    1:20-cv-01041-DDD-STV: *Baier v. Shrader et al.*

    b.    1:20-cv-01180-RM-STV: *White v. Jefferson County Detention Facility et al.*

    c.    1:20-cv-02031-RBJ-NRN: *McConnell v. Shrader et al.*

    d.    1:20-cv-02064-RBJ-KLM: *Settles v. Shrader et al.*

    e.    1:20-cv-02066-WJM-NRN: *Vega v. Shrader et al.*

Respectfully submitted this 9th day of March 2021,

    *s/ Rodrigo Lugo*
    Catherine O'Brien Crum, Esq.
    Rodrigo Lugo, Esq.
    Nixon Shefrin Ogburn Drew, PC
    5619 DTC Parkway, Suite 1200
    Greenwood Village, CO 80111
    Phone: 303-773-3500

Fax: 303-779-0740
cobrien@nixonshefrin.com
rlugo@nixonshefrin.com
*Attorneys for Defendant Wellpath*

## CERTIFICATE OF SERVICE

Civil Action No. 20-cv-02968-NYW

I hereby certify that on this 9th day of March 2021, I electronically served a true and complete copy of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for the following:

*For Jeff Shrader*
rbender@jeffco.us
Rachel Jane Marilyn Bender, Esq.
rklymkow@jeffco.us
Rebecca Philana Klymkowsky
Jefferson County Attorney's Office
100 Jefferson County Parkway, Suite 5500
Golden, CO  80419

*For Jefferson County Sheriff's Office and Jeff Shrader*
girrensq@hallevans.com
Quinn S. Girrens, Esq.
Ringela@hallevans.com
Andrew D. Ringel, Esq.
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO  80202

and hereby certify that I have mailed the document to the following non-CM/ECF participant via United States mail, first-class postage prepaid, and addressed to the following:

Raymundo Gurrola, Jr. (Pro Se)
P01130461
Jefferson County Detention Facility
P.O. Box 16700
Golden, CO 80402-6700

*Vaira Filipovs*
Vaira Filipovs